UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-1950 DWF/SRN

OLENA POFAHL,

Plaintiff,

v.

JOHN ASHCROFT, U.S. ATTORNEY GENERAL, CURTIS ALJETS, District Director, USINS Bloomington, Minnesota,

Defendants.

ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed herein, which Stipulation of Dismissal is incorporated herein by reference, it is hereby

ORDERED that the above-entitled action shall be dismissed as follows:

1. Count I of the Complaint is moot and shall be dismissed without prejudice for lack of subject-matter jurisdiction;

2. Count II of the Complaint shall be dismissed with prejudice for failure to state a claim upon which relief can be granted;

3. Count III of the Complaint seeks attorney's fees under the Equal Access To Justice Act, 28 U.S.C. § 2412, and is not ripe for review and shall be dismissed without prejudice for lack of subject-matter jurisdiction;

4. Nothing in the Stipulation of Dismissal or in this Order of Dismissal shall preclude plaintiff from filing an application

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 07 2002
DEPUTY CLERK

for attorney's fees under the Equal Access To Justice Act, 28 U.S.C. § 2412.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Jan. 7, 2002

DONOVAN W. FRANK
United States District Court Judge