# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Olena Pofahl,

v.

John Ashcroft, U.S. Attorney General, et al

Case No. Civil 01-1950 DWF/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Count I of the complaint is moot and shall be dismissed without prejudice for lack of subject-matter jurisdiction;

Count II of the complaint shall be dismissed with prejudice for failure to state a claim upon which relief can be granted;

Count III of the complaint seeks attorneys; fees under the Equal Access to Justice Act, 28 USC 2412, and is not ripe for review and shall be dismissed without prejudice for lack of subject-matter jurisdiction;

Nothing in the stipulation of dismissal or in this order of dismissal shall preclude plaintiff from filing an application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. 2412.

DATE: January 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk