UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Civil No. 01-1950 DWF/SRN

| | |
|---|---|
| OLENA POFAHL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL, CURTIS ALJETS, District Director, USINS Bloomington, Minnesota,<br><br>Defendants. | ORDER |

Pursuant to the stipulation filed herein,

IT IS HEREBY ORDERED that the defendants shall have to and including March 1, 2002, within which to interpose their response to the Motion For Attorney's Fees Under The Equal Access To Justice Act.

Dated: 1/31/02

DONOVAN W. FRANK
United States District Court Judge

JAN 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK